

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00248-CV

**SHARED PEER HOLDINGS, LLC**, d/b/a RVShare.com,
Appellant

v.

**SA AMERICAN DREAM VACATIONS, LLC**, d/b/a American Dream Vacations,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13218
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Shared Peer Holdings, LLC, d/b/a RVShare.com, bear all costs of this appeal.

SIGNED May 20, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice